| | |
|---|---|
| LARRY D. HILL, JR. )<br>　　　　　Plaintiff, )<br> )<br>v. )<br> )<br>JOHNATHAN SUTTON, SUTTON )<br>AMUSEMENT and GMD, LLC )<br>　　　　　Defendants. ) | **JUDGMENT**<br>5:21-CV-208-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 31, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on October 31, 2022, and Copies To:**
Larry D. Hill, Jr. (via US mail) 2600 S Church Street, Rocky Mount, NC 27803

October 31, 2022　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk